CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABUBAKER NURAHMED,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES NEBRASKA SERVICE CENTER, *et al.*,<br><br>      Defendants. | Case No. 5:26-cv-00606 SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 20, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiff filed this action seeking adjudication of his Form I-131, Application for Travel Document, Parole Documents, and Arrival/Departure Records. Dkt. No. 1. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on pending benefit requests, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed April 10, 2026).  If the policy hold is lifted and USCIS resumes processing prior to the expiration of the stay, Plaintiff or the Parties

Stipulation to Stay
C 5:26-cv-00606 SVK                1

may request that the stay be lifted to proceed with litigation.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 20, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 20, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 20, 2026

/s/ Mohamed Abubaker Nurahmed
MOHAMED ABUBAKER NURAHMED
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 20, 2026.

Date:  April 21, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 5:26-cv-00606 SVK                    2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**Stipulation to Stay Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Mohamed Abubaker Nurahmed
2351 Sutter Ave, Apt 4
Santa Clara, CA 95050

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 20, 2026

                                      _/s/ Tiffani Chiu_____
                                      Tiffani Chiu
                                      Paralegal Specialist

Stipulation to Stay
C 5:26-cv-00606 SVK                           3